# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISREAL CORTEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | **15-cv-102 EPG**<br><br>**ORDER TO SHOW CAUSE** |

　　　　On January 20, 2015, Plaintiff filed a complaint requesting a review of the Commissioner's denial of disability benefits. (Doc. 1).  Pursuant to a stipulation filed by the parties (Doc. 13), the Court ordered that Plaintiff file the opening brief by November 24, 2015. (Doc. 14).  Plaintiff has failed to file the opening brief as required.  Therefore, Plaintiff is ordered to show cause why the action should not be dismissed for failure to comply with the Court's Order.  Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order.   If Plaintiff desires more time to file the brief, Plaintiff should so state in the response.

*///*

1

**Failure to respond to this Order to Show Cause within the time specified may result in dismissal of this action.**

IT IS SO ORDERED.

Dated: __December 21, 2015__          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

2