KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
2529 Cliffside Ln, H-102
Gig Harbor, WA 98335

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ISRAEL CORTEZ,<br><br>         Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>         Defendant. | Case # 1:15-CV-00102-EPG<br><br>STIPULATED EXTENSION OF TIME AND RESPONSE TO ORDER TO SHOW CAUSE; ORDER<br><br>(ECF Nos. 16, 17) |

The parties hereby stipulate to a truncated timetable for the briefing of this case.  Counsel sent the Defendant the confidential letter brief on September 6, 2015, but due to a typo in the email address[1], opposing counsel never received it.  Defendant has now received this document and will serve a response on or before January 22, 2016.  Should the Commissioner choose to defend the case, Plaintiff's Opening Brief will be due on January 29, 2016.  All other dates will follow the normal briefing schedule.

---

[1] The Brief was sent to Theophous.Reagan@ssa.gov not the correct address of Theophous.Reagans@ssa.gov

Page 1    STIPULATION
         [1:15-CV-00102-EPG]

Mackenzie Legal, PLLC
2529 Cliffside Ln, H-102
Gig Harbor, WA 98335
(206) 300-9063

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated January 15, 2015:        /s/ Kelsey M Brown
                               KELSEY MACKENZIE BROWN CA #263109
                               Mackenzie Legal, PLLC
                               2529 Cliffside Ln, H-102
                               Gig Harbor, WA. 98335
                               (206) 300-9063
                               Attorney for Plaintiff

Dated January 15, 2016:        s/ KELSEY M. BROWN for Theophous Reagans
                               THEOPHOUS REAGANS
                               (per e-mail authorization)
                               Special Assistant U.S. Attorney
                               Office of the General Counsel

                               Of Attorneys for Defendant

**ORDER**

The Court adopts the parties' stipulation as outlined above. Defendant's response to the confidential letter brief is due on or before January 22, 2016 and Plaintiff's Opening Brief is due on or before January 29, 2016. The Court's Scheduling Order (ECF No. 7) is modified accordingly.  The Order to Show Cause (ECF No. 16) is DISCHARGED.

IT IS SO ORDERED.

   Dated:  **January 20, 2016**              /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE