BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

   160 Spear Street, Ste. 800
   San Francisco, CA 94105
   Telephone: (415) 977-8938
   Facsimile: (415) 744-0134
   Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL CORTEZ,<br><br>      Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | No. 1:15-CV-00102-EPG<br><br>STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |

      The parties stipulate and agree, subject to the Court's approval, that the schedule in this case be amended as follows:  The parties respectfully ask that the Court extend Defendant's time to file a Cross-Motion for Summary Judgment from FEBRUARY 28, 2016 to MARCH 28, 2016.  This stipulation is necessary because Defendant's Counsel

-1-

has been assigned to other duties and the case is being reassigned to another Assistant Regional Counsel in the Office of General Counsel who will need additional time to review the case.

The parties request this extension in good faith, with no intent to prolong proceedings unduly. Defendant apologizes for any inconvenience caused by this delay.

Dated: FEBRUARY 9, 2016        */s/ Kelsey Brown*
                                                            (email authorization)
                                                            KELSEY BROWN
                                                            Attorney for Plaintiff


Dated: FEBRUARY 9, 2016        BENJAMIN B. WAGNER
                                                            United States Attorney
                                                            THEOPHOUS H. REAGANS



                                                By:    */s/ Theophous H. Reagans*
                                                            THEOPHOUS H. REAGANS
                                                            Special Assistant United States Attorney
                                                            Attorneys for Defendant


**ORDER**

Pursuant to the above stipulation, Defendant's Opposition to Plaintiff's Opening Brief shall be filed no later than **March 28, 2016**. Any Reply shall be filed within 15 days of the filing of the Opposition.

IT IS SO ORDERED.

Dated:   **February 10, 2016**            /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28